**Thomas P. GILMORE, Plaintiff–Appellant,**

v.

**Jerald P. VALENTI and Mary M. Valenti, Defendants–Respondents.**

No. 68489.

Missouri Court of Appeals, Eastern District, Division Two.

March 19, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1996.

Application to Transfer Denied May 28, 1996.

Gail G. Renshaw, Nicholas J. Riggio, Sr., St. Louis, for appellant.

Vernon R. Dawdy, Fenton, for respondents.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Thomas P. Gilmore appeals the circuit court's summary judgment entered in favor of defendants Jerald P. Valenti and Mary M. Valenti. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).